IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BRADLEY GRAUPNER,** *Plaintiffs,* v. **DOMINIQUE STAFFORD, ADRIANA ALICEA-RODRIGUEZ** *Defendants.* | CASE NO. 1:25-CV-00360-ADA-DH |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell [Dkt. 25] regarding Defendants Dominique Stafford and Adriana Alicea-Rodriguez's ("Defendants") motions to dismiss [Dkt. 11, 18, and all related briefing]. The report and recommendation was filed on September 24, 2025. Judge Howell recommended that the District Court **DENY** Defendants' motion to dismiss [Dkt. 11] as moot, and **GRANT** Defendants' amended motion to dismiss [Dkt. 18]. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Bradley Graupner filed objections on October 17, 2025 [Dkt. 27]. The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell [Dkt. 25] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss [Dkt. 11] is **DENIED-AS-MOOT.**

**IT IS FURTHER ORDERED** that Defendants' amended motion to dismiss [Dkt. 18] is **GRANTED**. Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE** to refiling of the same. The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 20th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE